(1 of 3) civil

Reginald Green

vs.

Philadelphia commonwealth

civil Action

(Bench trial: yes)

Brief: Me Reginald Green told me, inmate too Plead guity, to Sex charges and I was scared. I will like too give time back for wrongful Plea and wrongful conviction. I Am a american citizen flesh and Blood who Love america and white People. Im not seeking money, I just wanna go home and be with my family. Please vacate my sentence or give me Lesser time. Please Protect my civil Rights. Thank you

Reginald Green.

US POSTAGE **PITNEY BOWES**
ZIP 17932
000364159 FEB 15 2022
$ 000.53

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S.M.S. X-RAY

Reginald Green
NE2812
SCI-MAHANOY
P.O. Box-33028
St. Petersburg, FL 33733

Clerks office
601 Market Street
Philadelphia, P.A. 19106